IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JANET KRAVIS                    :        CIVIL ACTION
                                :
        v.                      :        No. 09-485
                                :
KARR BARTH ASSOCIATES, et al.   :


**<u>ORDER</u>**

AND NOW, this 26th day of January, 2010, it is ORDERED Defendants' Motion for

Summary Judgment (Document 20) is GRANTED as to Count I of Kravis's complaint.

Judgment is entered in favor of Defendants and against Kravis.

Kravis's supplemental cause of action under the Pennsylvania Human Relations Act,

Count II, is DISMISSED without prejudice to Plaintiff's right to re-file in Pennsylvania state

court.

The Clerk of Court is DIRECTED to mark the above-captioned case CLOSED.


                                        BY THE COURT:

                                        /s/ Juan R. Sánchez
                                        Juan R. Sánchez, J.